

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>　v.<br><br>Mario Rivera-Gamboa,<br>a.k.a.: Mario Rivera,<br>a.k.a.: Edwin R. Arocho,<br>a.k.a.: Edwin Arocho,<br>a.k.a.: Edwin Rivera Arocho,<br><br>　　　　Defendant. | NO.  CR-17-01386-PHX-DGC(JZB)<br><br>**INDICTMENT**<br><br>VIO:　8 U.S.C. § 1326(a) and (b)(1)<br>　　　(Reentry of Removed Alien)<br>　　　Count 1 |

THE GRAND JURY CHARGES:

On or about September 7, 2017, at or near Laveen, in the District of Arizona, MARIO RIVERA-GAMBOA, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 24, 1999, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

　　　　　　　　　　　/S/
　　　　　　　　　　　_____
　　　　　　　　　　　FOREPERSON OF THE GRAND JURY
　　　　　　　　　　　Date: October 17, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

　　/S/
_____
JILLIAN BESANCON
Assistant U.S. Attorney